1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Stefan Bogdanovich (State Bar No. 324525)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-mail: ltfisher@bursor.com
5          sbogdanovich@bursor.com

*Attorneys for Plaintiff Daisy Garza*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DAISY GARZA, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-05719-JST |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ALAMO DRAFTHOUSE CINEMAS, LLC | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daisy Garza hereby dismisses this action without prejudice.

Dated: November 13, 2023          **BURSOR & FISHER, P.A**.

By:     /s/ *Stefan Bogdanovich*
                Stefan Bogdanovich

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
             sbogdanovich@bursor.com

*Attorneys for Plaintiff Daisy Garza*